# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTWONE WILSON,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-1474-RDP-GMB |
| **OFFICER TUNSTALL,** | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge filed a Report and Recommendation on May 13, 2020, recommending that Defendant's Special Report be treated as a Motion for Summary Judgment and further recommending that the Motion be granted in part and denied in part. (Doc. 17). Although advised of their right to do so, neither party has filed objections to the Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that any claim against Defendant in his official capacity is **DISMISSED WITH PREJUDICE**. The court further **ORDERS** that Defendant's Motion for Summary Judgment (Doc. 14) is **DENIED** as to Plaintiff's excessive force claim against Defendant in his individual capacity, and that claim is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this June 10, 2020.

_R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE