# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **ANTWONE LONEZO WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **2:19-CV-1474-GMB** |
| **OFFICER TUNSTALL,** ) | |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT[1]

COMES NOW the Defendant, Corbin Tunstall, by and through undersigned counsel, and respectfully submits this Status Report.

The parties have reached a settlement, and a settlement agreement has been drafted and circulated. Once all parties have signed the agreement, the payment will be processed. The parties will file a Joint Stipulation for Dismissal once payment has been made.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General
Attorney for Defendant

---

[1] Undersigned counsel's paralegal has both called and emailed Plaintiff's counsel regarding this filing, but at the time of this filing, has not yet received a response.

ADDRESS OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300 (T)
334-353-8400 (F)
Ben.Albritton@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on May 14, 2021, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the same to Richard Allan Rice.

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General